FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 24 2020 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

CHELSEA CABREGA and JAMIE JOSLIN, on behalf of themselves and others similarly situated,

Plaintiffs,

vs.

CAMPBELL SOUP COMPANY,

Defendant.

Case No. 2:18-cv-03827 (SJF)(ARL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiffs Chelsea Cabrega and Jamie Joslin and Defendant Campbell Soup Company, by and through their respective counsel of record, that the entire above-captioned action, along with any and all claims asserted therein, are dismissed with prejudice. Each party shall bear its own attorneys' fees and expenses.

IT IS SO STIPULATED AND AGREED.

DATED: January 23, 2020

/s/ C.K. Lee
C.K. Lee, Esq.

LEE LITIGATION GROUP, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188

*Attorney for Plaintiffs*

/s/ Adam R. Mandelsberg
Adam R. Mandelsberg, Esq.

PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10112
Tel: (212) 261-6867

*Attorney for Defendant*

1/24/2020: So ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.